| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| a Vonne M. Phillips, Esq. SBN 187474<br>Kristin A. Zilberstein, Esq. SBN 200041<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, California 92101<br><br>Phone (619) 685-4800 Fax (619) 685-4810<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* EMC Mortgage Corporation as servicing agent for Wells Fargo Bank, National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2007-AC5, assignees and/or successors | **FILED & ENTERED**<br><br>DEC 07 2009<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** milano    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Mary L Saunders,<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 6:09-bk-22638-RN<br>DATE:<br>TIME:<br>CTRM:<br>FLOOR: |
|---|---|

### <u>INTERIM</u> ORDER GRANTING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: EMC Mortgage Corporation as servicing agent for Wells Fargo Bank, National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC Asset Backed Certificates, Series 2007-AC5, assignees and/or successors)

1. The Motion was: ☒ Contested  ☐ Uncontested  ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

   *Street Address: 9434 Sapphire Avenue*
   *Apartment/Suite No.:*
   *City, State, Zip Code: Hesperia, CA 92344-4698*

Legal description or document recording number (including county of recording): 2007-0052228, San Bernardino County, California

☒ See attached page

3. The Motion is granted under:  ☐ 11 U.S.C. § 362(d)(1) ☐ 11 U.S.C. § 362(d)(2) ☐11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. ☐ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.

   c. ☒ Modified or conditioned as set forth in ***Exhibit A*** to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

(Continued on next page)

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

F 4001-10.RP

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify):*

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☐ transfer of all or part of ownership of, or interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court orders as follows:

   a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
   b. ☐ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER).*
   d. ☒ See attached continuation page for additional provisions.

###

DATED: December 7, 2009

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                           **F 4001-10.RP**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Mary L Saunders and | Debtor(s). | CASE NUMBER.: 6:09-bk-22638-RN |

Legal Description

```
LOT 194 OF TRACT MAP 16527-2, IN THE CITY OF HESPERIA, COUNTY OF
SAN BERNARDINO, STATE OF CALIFORNIA, AS PER PLAT RECORDED IN
BOOK 297 OF MAPS, PAGES 31 TO 34, INCLUSIVE, RECORDS OF SAID
COUNTY.



Parcel no.:  3057-101-55-0-000
```

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                  **F 9013-3.1**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Mary L Saunders and | Debtor(s). | CASE NUMBER.: 6:09-bk-22638-RN |

**Continuation Page For Additional Provisions Pursuant To 10 (d) Of Attached Order**

      It is the order of this Court that the hearing on this Motion for Relief from the Automatic Stay shall be continued until December 10, 2009 at 9:00 AM to allow Debtor an opportunity to file her opposition.

      It is further ordered that the automatic stay shall remain in effect until the conclusion of the continued hearing on December 10, 2009, or until further order of this Court.

      It is further ordered that Debtor must make two (2) adequate protection payments to Movant in the amount of $1,425.07 each.  The first payment is due by November 1, 2009 (unless the Debtor has alredy paid this) and the second payment is due by December 1, 2009.

      It is further ordered that if Debtor does not make the above ordered payments by the dates specified, Movant shall give the Debtor five (5) days notice of the missed payment.

      It is further ordered that if Debtor misses a payment, Movant may submit an additional order to the Court for Relief from the Automatic Stay, and Movant may proceed with foreclosure.  If an additional order is necessary, the order shall include a declaration from a representative of the Movant stating that Debtor has not made the payment ordered by the Court.

      It is further ordered that Debtor file her opposition on or before November 10, 2009.  Movant is to file its response on or before November 20, 2009.

      The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law.  The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement.  Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*October 2009*

**F 4001-10.RP.**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Mary L Saunders and | | |
| | Debtor(s). | CASE NUMBER.: 6:09-bk-22638-RN |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document described as **INTERIM ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/03/2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

UNITED STATES TRUSTEE             TRUSTEE
ustpregion16.rs.ecf@usdoj.gov     edansie@hotmail.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On 11/02/2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DEBTOR - Mary L Saunders, 9434 Sapphire Avenue, Hesperia, CA 92344

JUDGE'S COPY - The Honorable Judge, Richard M Neiter, United States Bankruptcy Court - Los Angeles Division, 255 E. Temple Street, Suite 1652, Los Angeles, CA 90012-3332

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/03/2009 | Nancy Bustos | /s/ Nancy Bustos |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re<br>Mary L Saunders and | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER.: 6:09-bk-22638-RN |

**ADDITIONAL SERVICE INFORMATION**

**JUNIOR LIEN**

Countrywide
P.O Box 10287
Van Nuys, CA 91410-0287

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*October 2009*                                                                                                                   **F 4001-10.RP.**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| Mary L Saunders and | | |
| | Debtor(s). | CASE NUMBER.: 6:09-bk-22638-RN |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*: **Order on Adequate Protection Stipulation** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of November 2, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**UNITED STATES TRUSTEE**  
ustpregion16.rs.ecf@usdoj.gov

**TRUSTEE**  
edansie@hotmail.com

**McCarthy & Holthus, LLP**  
bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTOR - Mary L Saunders, 9434 Sapphire Avenue, Hesperia, CA 92344

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*October 2009*

**F 4001-10.RP.**